UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 99CR2962-JLS |
| Plaintiff, ) | |
| v. ) | ORDER AND JUDGMENT OF DISMISSAL |
| ) | OF THE INDICTMENT AND |
| DONALD FRANCISCO MARTINES ) | RECALL OF ARREST WARRANT |
| HERNANDEZ (2), ) | |
| Defendant. ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: February 11, 2013

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge